UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> CHRISTOPHER FLORES, <br> Defendant. | Case No.: ED19-624M <br><br> ORDER OF DETENTION PENDING FURTHER REVOCATION PROCEEDINGS <br> (FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)) |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the SOUTHERN District of CALIFORNIA for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A. (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

    (X) information in the Pretrial Services Report and Recommendation

    (X) information in the violation petition and report(s)

    (X) the defendant's nonobjection to detention at this time

    ( ) other:

1

| | |
|---|---|
| 1 | and/ or |
| 2 | B. () The defendant has not met his/her burden of establishing by clear and |
| 3 | convincing evidence that he/she is not likely to pose a danger to the safety of |
| 4 | any other person or the community if released under 18 U.S.C. § 3142(b) or |
| 5 | (c). This finding is based on the following: |
| 6 | () information in the Pretrial Services Report and Recommendation |
| 7 | () information in the violation petition and report(s) |
| 8 | () the defendant's nonobjection to detention at this time |
| 9 | () other: |

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: November 20, 2019

_____
KENLY KIYA KATO
United States Magistrate Judge